

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00688-CV

Jose **CORRO** and Concepcion Corro,
Appellants

v.

Andres **PEREZ**, Perez & Malik, PLLC and Adriana Medrano of Perez & Malik,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-06-23689-CV
Honorable H. Paul Canales, Judge Presiding

## O R D E R

Appellant's Motion to Object to an Incomplete Record on Appeal is CARRIED WITH THE APPEAL. The motion will be ruled on when the appeal is submitted to a panel for a decision.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court